**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **PHILADELPHIA HOSPITAL & HEALTH CARE EMPLOYEES – DISTRICT 1199C TRAINING AND UPGRADING FUND, et al.** | : : : : | |
| **Plaintiffs,** | : | |
| **v.** | : : | **CIVIL ACTION No. 23 - 1541** |
|  | : | |
| **COOPER CARE LLC, D/B/A RIVERFRONT REHABILITATION AND HEALTH CARE CENTER** | : : | |
|  | : | |
| **Defendant.** | : | |

## ORDER OF DEFAULT JUDGMENT

This 8th day of September, 2023, upon consideration of the Complaint and Motion for Entry of Judgment by Default of the Plaintiffs, Philadelphia Hospital & Health Care – District 1199C Training and Upgrading Fund ("Fund") and Teresa Collins, Executive Director, it appearing to the Court that Defendant Cooper Care LLC d/b/a Riverfront Rehabilitation and Health Care Center ("Defendant") was properly served with process on June 9, 2023 and has without excuse not responded, and the default against Defendant having been entered, it is hereby **ORDERED** as follows:

1.    **JUDGEMENT** is hereby **ENTERED** against Defendant cooper Care LLC and in favor of the Plaintiffs in the amount of Six Thousand Eight Hundred Forty-Three Dollars and Ten Cents ($6,843.10), including:

(a) Unpaid contributions for the months of March 2022 to June 2022 in the amount of Three Thousand, Five Dollars and Four Cents ($3,005.04) owed by Defendant to the Fund pursuant to ERISA, 29 U.S.C. §1132(g)(2)(A).

(b) Liquidated damages at the rate of 10% of the contributions, in the amount of Three Hundred Dollars and  Fifty Cents ($300.50) under 29 U.S.C. §1132(g)(2)(A) and (C)(ii).

(c)  Interest through August 1, 2023 on the contribution amount, from the date due until August 1, 2023, as set forth in Paragraph 1(a) as provided by 29 U.S.C. §1132(g)(2)(B) and 26 U.S.C. §6621, in the amount of Six Hundred Seventy-One Dollars and Thirty-One Cents ($671.31).  The contribution amount set forth in Paragraph 1(a) shall continue to bear interest as provided in 29 U.S.C.§1132(g)(2)(B) and 26 U.S.C. §6621, as from time to time amended, until the date of actual payment.

(d)  Attorneys' fees incurred by the Fund in this matter through July 31, 2023, in the amount of Two Thousand Three Hundred Eighty Dollars and No Cents ($2,380.00) pursuant to 29 U.S.C. §1132(g)(2)(D).

(e) Litigation costs incurred by the Fund in this matter in the amount of Four Hundred Eighty-Six Dollars and Twenty-Five Cents ($486.25) incurred through July 31, 2023 pursuant to 29 U.S.C. §1132(g)(2)(D).

2.    The Fund is further awarded reimbursement of all additional attorneys' fees and costs it incurs in the collection and enforcement of this judgment.

3.    The Defendant shall make available to Teresa Collins, Executive Director of the Fund, or her duly designated representative, within forty-eight (48) hours of request by the Fund or their agents, payroll books and records necessary for the Fund to ascertain the precise amount of delinquent contributions due and owing for the period from January 1, 2021 to June 30, 2022.

4.    The Defendant shall, within fifteen (15) days from the entry of this Order, submit to the Fund the overdue remittance reports for the period from March 2022 to June 2022 and address

the reports to Anne Massa, Finance Director, Philadelphia Hospital and Health Care - District 1199C Training & Upgrading Fund, 100 South Broad Street, 10th Floor, Philadelphia, PA  19110.

5.      This Order and Judgment is enforceable, without duplication, by the Fund, or its agents.

6.      The Clerk shall mark this case closed for statistical purposes.


    /s/ Gerald Austin McHugh
United States District Judge